UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Luis Muñoz, a/k/a Luis Torres | : | |
| Plaintiff | : | |
| v. | : | |
| Mann Bracken, LLP, | : | No. 09-cv-4301 |
| Defendant | : | |

**PRAECIPE TO DISCONTINUE WITH PREJUDICE**

To the Clerk of the Court:

    This matter having been settled by the parties, kindly mark the matter discontinued with prejudice.

Dated: October 27, 2009

/s/ Peter D. Schneider
PETER D. SCHNEIDER
Attorney for Plaintiff
Pa. Id. No. 40351
Signature Validation Code PDS5131
COMMUNITY LEGAL SERVICES, INC.
1424 Chestnut Street
Philadelphia, PA 19102
215-981-3718
pschneider@clsphila.org

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Luis Muñoz, a/k/a Luis Torres | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Mann Bracken, LLP, | : | No. 09-cv-4301 |
| | : | |
| Defendant | : | |
| | : | |

**CERTIFICATE OF SERVICE**

  I, Peter D. Schneider, attorney for Plaintiff, hereby certify that I served a copy of Plaintiff's Praecipe to Discontinue With Prejudice upon the attorney for Defendant this day, by first class mail, return receipt requested, as follows:

    David R. Galloway, Esquire
    Mann Bracken, LLP
    4660 Trindle Road, Suite 300
    Camp Hill, PA  17011


Dated: October 27, 2009      /s/ Peter D. Schneider
               PETER D. SCHNEIDER
               Attorney for Plaintiff
               Pa. Id. No. 40351
               Signature Validation Code PDS5131
               COMMUNITY LEGAL SERVICES, INC.
               1424 Chestnut Street
               Philadelphia, PA 19102
               215-981-3718
               pschneider@clsphila.org